ACCEPTED
03-15-00507-CR
7588702
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/28/2015 6:29:41 PM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/28/2015 6:29:41 PM
JEFFREY D. KYLE
Clerk

OF TEXAS

AUSTIN, TEXAS

* * *

03-15-00507-CR

CR2014-551

RICHARD VASQUEZ
                    Appellant
VS.

THE STATE OF TEXAS,
                    Appellee

* * *

APPEAL FROM THE 207th JUDICIAL DISTRICT COURT
COMAL COUNTY, TEXAS

* * *

MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Anthony B. Cantrell
SBN: 03763180
111 Soledad Street, Suite 1200
San Antonio, Texas  78205
(210) 490-1207 Telephone
(210) 299-1482 Facsimile

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Richard Vasquez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, and for good cause shows the following:

I.

This case is on appeal from the 207th Judicial District Court, Comal County, Texas.

II.

The case below was styled the <u>STATE OF TEXAS vs. RICHARD VASQUEZ</u> and numbered CR2014-551.

III.

Appellant's counsel relies on the following facts as additional good cause for the requested extension. Counsel was appointed to this appeal. Counsel has been working on the following cases and appeals and needs additional time to file this brief:

State of Texas v. Wayne Dickerson – Aggravated Sexual Assault/Child
State of Texas v. Joseph Ybarra - Murder
State of Texas v. Jose Guevara – Injury to a child – Serious Bodily Injury
State of Texas v. Michael Ramos – Aggravated Robbery

IV.

Appellant's brief is due November 16, 2015. Counsel requests an additional 90 days from November 16, 2015 to February 14, 2016 to file this brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

/s/Anthony B. Cantrell
Anthony B. Cantrell
SBN: 03763180
111 Soledad Street, Suite 1200
San Antonio, Texas 78205
(210) 490-1207 Telephone
(210) 299-1482 Facsimile
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I, Anthony Cantrell hereby certify that an original and one copy of the foregoing document was filed with the Third Court of Appeals via Electronic Filing on October 28, 2015. I further certify that a true and correct copy was served upon the District Attorney's Office, 150 N. Seguin, Suite 307, New Braunfels, Texas 78130.

/s/Anthony B. Cantrell
Anthony B. Cantrell

IN THE COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

OF TEXAS

AUSTIN, TEXAS

* * *

03-15-00507-CR

CR2014-551

RICHARD VASQUEZ
                                        Appellant
                    VS.

THE STATE OF TEXAS,
                                        Appellee

**ORDER**

On this day the _____ day of _____, 2015, Appellant's Motion to

Extend Time to File Appellant's Brief was granted.  Extension of time was granted to the

_____, 2016.


Signed on this the _____ day of _____, 2015.


_____
Justice Presiding